**John F. GARD, Petitioner,**

v.

**DEPARTMENT OF EDUCATION, Respondent.**

**No. 2008–3358.**

United States Court of Appeals, Federal Circuit.

Nov. 14, 2008.

James Lawrence Fuchs, Snider & Associates, LLC, Baltimore, MD, for Petitioner.

## *ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 10, 2008, 2008 WL 5999785, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before December 29, 2008.